```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                         :
JANET L. HAY,                            :
                                         :   CASE NO. 1:13-CV-02603
            Plaintiff,                   :
                                         :
v.                                       :   OPINION & ORDER
                                         :   [Resolving Docs. 1, 12]
COMMISSIONER OF SOCIAL                   :
SECURITY ADMINISTRATION,                 :
                                         :
                                         :
            Defendant.                   :
-------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On September 24, 2014, Magistrate Judge Nancy A. Vecchiarelli recommended that the Court affirm the Commissioner of Social Security's denial of disability insurance benefits to Plaintiff Janet L. Hay.[1] Hay has not filed an objection to the Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2] Parties must file any objections to a Report and Recommendation within fourteen days of service.[3] Failure to object within that time waives a party's right to appeal the Magistrate Judge's

---

[1] Doc. 12.
[2] 28 U.S.C. § 636(b)(1).
[3] N.D. Ohio L.R. 72.3(b).

Case No. 1:13-CV-02603
Gwin, J.

recommendation.[4] Absent objection, a district court may adopt the Magistrate Judge's report without review.[5] Moreover, having conducted its own review of the complaint[6] and briefing,[7] the Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** Magistrate Judge Vecchiarelli's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **AFFIRMS** the Commissioner's decision.

IT IS SO ORDERED.


Dated: October 28, 2014                                s/     *James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE

---

[4] *Id.*; *see* Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).
[5] *Thomas*, 474 U.S. at 149.
[6] Doc. 1.
[7] Doc. 10 (Plaintiff Hay's brief); Doc. 11 (Commissioner's brief).